PANISH SHEA BOYLE RAVIPUDI LLP
BRIAN J. PANISH, State Bar No. 116060
bpanish@psbrlaw.com
RAHUL RAVIPUDI, State Bar No. 204519
rravipudi@psbrlaw.com
RACHAL GEZERSEH, State Bar No. 251299
rgezerseh@psbrlaw.com
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700 / Fax: 310.477.1699

BARON & BUDD, P.C.
John P. Fiske, State Bar No. 249256
jfiske@baronbudd.com
Jason J. Julius, State Bar No. 249036
jjulius@baronbudd.com
Victoria E. Sherlin, State Bar No. 312337
tsherlin@baronbudd.com
11440 West Bernardo Court Suite 265
San Diego, CA 92127
Telephone: 858.251.7424 / Fax: 214.523.6600

Attorneys for Plaintiff Downey Unified School District

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOWNEY UNIFIED SCHOOL DISTRICT, a unified school district organized and operating pursuant to the laws of the State of California, | 3:2023-cv-03282-WHO |
| | **NOTICE OF DISMISSAL** |
| v. | |
| | Hon. William H. Orrick |
| JUUL LABS, INC. et. al | |
| *This Document Relates to:* | |
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO) | |

1

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action:

- JUUL LABS, INC., previously d/b/a PAX LABS, INC. and PLOOM INC.,

**THE MANAGEMENT DEFENDANTS**

- JAMES MONSEES;
- ADAM BOWEN;
- NICHOLAS PRITZKER;
- HOYOUNG HUH;
- RIAZ VALANI;

**THE E-LIQUID MANUFACTURING DEFENDANTS**

- MOTHER MURPHY'S LABS, INC.;
- ALTERNATIVE INGREDIENTS, INC.;
- TOBACCO TECHNOLOGY, INC.;
- eLIQUITECH, INC.;

**THE DISTRIBUTOR DEFENDANTS**

- MCLANE COMPANY, INC.;
- EBY-BROWN COMPANY, LLC;
- CORE-MARK HOLDING COMPANY, INC.;

**THE RETAILER DEFENDANTS**

- CHEVRON CORPORATION;
- CIRCLE K STORES INC.;
- SPEEDWAY LLC;
- 7-ELEVEN, INC.;
- WALMART;
- WALGREENS BOOTS ALLIANCE, INC.

2

For further clarification, Plaintiff **does not** dismiss any pending claims against the following Defendants, to the extent that they are Defendants in this action[1]:

- ALTRIA GROUP, INC.;
- PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC

Dated: November 30, 2023                    BARON & BUDD, P.C.

                                            /s/ Jason Julius

                                            Jason J. Julius, State Bar No. 249036
                                            jjulius@baronbudd.com
                                            11440 West Bernardo Court Suite 265
                                            San Diego, CA 92127
                                            Telephone: 858.251.7424 / Fax:
                                            214.523.6600


                                            *Attorneys for Plaintiff Downey Unified*
                                            *School District*

---

[1] To the extent Plaintiff has asserted any other claims against any other defendant(s) not referenced herein, Plaintiff **does not** dismiss any pending claims against those defendant(s).

3